Mark Hagarty, State Bar No. 90224
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone: 619.236.1414
Fax: 619.232.8311

William Marchant, State Bar No. 154445
LUCE FORWARD HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: 415.356.4600

Attorneys for Plaintiff and Counter-Defendant
One California Street Partners

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE CALIFORNIA STREET PARTNERS, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>UBS PAINEWEBBER INC., formerly known as PAINEWEBBER, INCORPORATED, a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. C 03 3762 SI<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM AND ORDER THEREON** |

One California Street Partners ("OCSP") and UBS PaineWebber Inc. ("UBS PaineWebber"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS the parties to this action have settled their dispute; and

WHEREAS in furtherance of that settlement they now wish to dismiss the complaint and counterclaim with prejudice;

///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED that this action, including the
2  complaint and the counterclaim may be dismissed with prejudice, and that each side shall bear
3  their own costs.

4

5  Dated: May 27, 2005                    Luce, Forward, Hamilton, & Scripps, LLP

6

7  _____
   Mark Hagarty
8  Attorneys for Plaintiff and Counter-Defendant
   One California Street Partners

9

10 Dated: May 24, 2005                    Munger, Tolles & Olson, LLP

11

12 _____
13 Mark H. Epstein
   Attorneys for Defendant and Counterclaimant
14 UBS PaineWebber, Inc.

15

16    IT IS SO ORDERED

17

18 Dated: _____, 2005

19

20 _____

21

22 178635.2

**IT IS SO ORDERED**
Judge Susan Illston

                                           2                          Case No. C 03 3762 SI
                                                       Stipulation for Dismissal of Complaint and
                                                          Counterclaim and Order Thereon